UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR QUINTANA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DR. SCHARFFENBERG,<br><br>　　　　　　　　　　　Defendant. | Case No. 1:17-cv-01418-LJO-EPG (PC)<br><br>**ORDER GRANTING DEFENSE COUNSEL'S REQUEST FOR EXTENSION OF TIME FOR PLAINTIFF TO OPPOSE SUMMARY JUDGMENT DUE TO MAILING ISSUE** |

　　Good cause appearing, defense counsel's request to grant Plaintiff an extension of time to file an opposition to Defendant's motion for summary judgment due to a mailing issue is **GRANTED**. Plaintiff shall file and serve his opposition to Defendant's motion for summary judgment, or his statement of non-opposition, no later than twenty-one (21) days from July 8, 2019, so that the deadline will now be July 29, 2019.

IT IS SO ORDERED.

　　Dated: **July 9, 2019**　　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

2